DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEREMY CHRISTIAN BRICKNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 06-509-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: March 30, 2007 |
| JEREMY CHRISTIAN BRICKNER, ) | |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | |
| ) | JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

     It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JEREMY CHRISTIAN BRICKNER, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, February 16, 2007 be continued to Friday, March 30, 2007 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 30, 2007

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 15, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /S/ Dennis S. Waks
                                          _____
                                          DENNIS S. WAKS
                                          Supervising Assistant Federal Defender
                                          Attorney for Defendant
                                          JEREMY CHRISTIAN BRICKNER

DATED: February 15, 2007

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Dennis S. Waks for William Wong
                                          _____
                                          WILLIAM WONG
                                          Assistant U.S. Attorney

---

O R D E R

IT IS SO ORDERED.

Dated:  February 15, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge