DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEREMY CHRISTIAN BRICKNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    v.      )<br>            )<br>JEREMY CHRISTIAN BRICKNER, )<br>            )<br>        Defendant. )<br>_____) | Cr.S. 06-509-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: May 4, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JEREMY CHRISTIAN BRICKNER, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, March 30, 2007 be continued to Friday, May 4, 2007 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Furthermore, the party's are discussing the possibility of resolving this case through a Rule 20 transfer with the Northern District of California.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 4, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 28, 2007

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /S/ Dennis S. Waks
                          _____
                          DENNIS S. WAKS
                          Supervising Assistant Federal Defender
                          Attorney for Defendant
                          JEREMY CHRISTIAN BRICKNER

DATED: March 28, 2007

                          McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Dennis S. Waks for William Wong
                          _____
                          WILLIAM WONG
                          Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

Dated: March 28, 2007

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge