```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEREMY CHRISTIAN BRICKNER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>           Plaintiff, )<br>  )<br>      v.  )<br>  )<br>JEREMY CHRISTIAN BRICKNER, )<br>  )<br>           Defendant. )<br>  )<br>_____ ) | Cr.S. 06-509-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: June 29, 2007<br><br>TIME: 9:00 a.m.<br><br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JEREMY CHRISTIAN BRICKNER, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, May 4, 2007 be continued to Friday, June 29, 2007 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Furthermore, the party's are discussing the probability of resolving this case through a Rule 20 transfer with the Northern District of California.

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for June 29, 2007
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).
5    DATED: May 2, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JEREMY CHRISTIAN BRICKNER


     DATED: May 2, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Dennis S. Waks for William Wong
                                    _____
                                    WILLIAM WONG
                                    Assistant U.S. Attorney


_____
                   O R D E R

          IT IS SO ORDERED.

Dated:  May 2, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge